**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Douieb,<br><br>　　　　　Petitioner,<br>　vs.<br><br>Michael B. Mukasey, et al.,<br><br>　　　　　Respondents. | No. CV-08-0761-PHX-PGR (JCG)<br><br>ORDER |

　　　The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Guerin, wherein she recommends that the petitioner's habeas petition, in which he seeks release from immigration detention pending his removal from the United States, be denied due to the petitioner's failure to show cause why his petition should not be denied as moot due to his release from detention on July 7, 2008, and no party having filed any objection to the Report and Recommendation,

　　　IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #13) is accepted and adopted by the Court.

　　　IT IS FURTHER ORDERED that the petitioner's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is denied as moot and that this action is dismissed with prejudice.  The Clerk of the Court shall

1  enter judgment accordingly.

2  DATED this 17th day of November, 2008.

Paul G. Rosenblatt
United States District Judge